IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLOMBIA DIVISION

| UNITED STATES OF AMERICA | ) | NO. 3:26-00091 |
|---|---|---|
| | ) | |
| v. | ) | 18 U.S.C. § 2251(a) |
| | ) | 18 U.S.C. § 2251(e) |
| | ) | 18 U.S.C. § 2252A(a)(2) |
| ZACHARY SWEENEY | ) | 18 U.S.C. § 2252A(b) |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

Between on or about July 1, 2025, and on or about July 23, 2025, in the Middle District of Tennessee and elsewhere, the defendant, **ZACHARY SWEENEY**, did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, Minor Victim 7 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the defendant knew and had reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate commerce, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT TWO

THE GRAND JURY FURTHER CHARGES:

Between on or about July 12, 2025, and on or about July 14, 2025, in the Middle District of Tennessee, the defendant, **ZACHARY SWEENEY**, knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about July 24, 2025, in the Middle District of Tennessee and elsewhere, the defendant, **ZACHARY SWEENEY**, did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, Minor Victim 6 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the defendant knew and had reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate commerce, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about July 24, 2025, in the Middle District of Tennessee, the defendant, **ZACHARY SWEENEY**, knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

Between on or about August 5, 2025, through on or about August 7, 2025, in the Middle District of Tennessee and elsewhere, the defendant, **ZACHARY SWEENEY**, did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, Minor Victim 8 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the defendant knew and had reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate commerce, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

3

<u>COUNT SIX</u>

THE GRAND JURY FURTHER CHARGES:

Between on or about August 5, 2025, through on or about August 7, 2025, in the Middle District of Tennessee, the defendant, **ZACHARY SWEENEY**, knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

<u>FORFEITURE ALLEGATION</u>

1.      The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture allegation.

2.      Upon conviction of one or more of the offenses alleged in Counts One through Six of this Indictment, the defendant, **ZACHARY SWEENEY,** shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981, 2253, and Title 28, United States Code, Section 2461:

(a)      Any visual depiction described in Title 18, United States Code, Sections 2251 or 2252A, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction which was produced, transported, mailed, shipped or received in violation of law;

(b)      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

4

(c)     Any property, real or personal, used or intended to be used to commit or to promote

the commission of such offenses or any property traceable to such property, including but

not limited to, any electronic devices seized from the defendant, **ZACHARY SWEENEY**.


A TRUE BILL

FOREPERSON


BRADEN H. BOUCEK
UNITED STATES ATTORNEY

KATHRYN D. RISINGER
ZACHARY T. HINKLE
ASSISTANT UNITED STATES ATTORNEYS

5