FID: 11966871
2675-0522-0438-)

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| United States of America | ) |
| v. | ) |
| | ) Case No. 3:26-00091 Trauger |
| Zachary Sweeney | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Zachary Sweeney                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2251(a) and (e) - Sexual Exploitation and Attempted Sexual Exploitation of a Minor
18 U.S.C. 2252A(a)(2) and (b) - Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct

Date: 5/20/2026

_____
Issuing officer's signature

City and state:   Nashville, TN

Dalaina Thompson, Case Administrator
*Printed name and title*

---

### Return

This warrant was received on *(date)*  5/27/2026 , and the person was arrested on *(date)*  5/28/2026
at *(city and state)*   Columbia, TN            .

Date:  5/28/2026

_____
Arresting officer's signature

Andrew McDole, Special Agent
*Printed name and title*